FILED

11/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0460

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0460

_____

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

      Petitioner and Appellant,

  and                                 O R D E R

STEVEN THOMAS WILLIAMS,

      Respondent and Appellee.

_____

      Petitioner and Appellant Davina Attar-Williams has filed an opposed motion to stay execution of the District Court's Findings of Fact, Conclusions of Law and Final Dissolution Decree pending before this Court on appeal. Both parties have raised factual issues regarding a signed memorandum of understanding that apparently the District Court upheld in the final decree.

      Further, at 4:57 p.m. on Friday, November 6, 2020, Appellant filed an emergency motion to stay the same decree, indicating a show cause hearing was scheduled in the District Court for the following Monday, November 9, at 9:00 a.m.

      In the opposed motion to stay the final decree pending appeal, both parties have asserted factual issues which this Court is unable to address, as well as issues that can be resolved on direct appeal. Therefore,

      IT IS ORDERED that the emergency motion for stay of the District Court's final decree is DISMISSED as moot, as the hearing scheduled for November 9 has concluded.

      IT IS FURTHER ORDERED that the motion to stay the final decree pending appeal is DENIED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 10 2020